UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22427-CIV-MARTINEZ

GILDARDO GOMEZ GODINEZ,

Petitioner,

v.

TODD BLANCHE, U.S. Attorney General; *et al.*,

Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner Gildardo Gomez Godinez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Pet. [ECF No. 1]). Petitioner is detained by U.S. Immigration and Customs Enforcement ("ICE") at Florida Soft Side South, more commonly known as "Alligator Alcatraz." (*See* Pet. ¶ 1). Florida Soft Side South is located in Ochopee, Florida, which falls within Collier County. (*See* Pet. 30).

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)); *see also Trump v. J. G. G.*, 604 U.S. 670, 672 (2025); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) (noting that "jurisdiction for § 2241 petitions lies only in the district of confinement"). If a petitioner files his case in the wrong district, the Court can *sua sponte* transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v. N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction . . . .").

Petitioner is confined at Alligator Alcatraz and challenges his confinement in Collier County. Thus, jurisdiction lies only in the Middle District of Florida. *See* 28 U.S.C. § 89(b)

(providing that the Middle District of Florida comprises Collier County). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is **TRANSFERRED** to the Middle District of Florida, Fort Myers Division. *See* M.D. Fla. L.R. 1.04(a) (providing that the Fort Myers Division comprises Collier County).

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this ___9___ day of April 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     all counsel of record